339 A.2d 756
**In re ESTATE of Ethel M. WOODRUFF.**
**Appeal of JoAnn M. HARTZELL.,**

Supreme Court of Pennsylvania.

Sub. Dec. 4, 1974.

Decided July 7, 1975.

Martin Cohen, Easton, for appellant.

William P. Hogan, Easton, Hogan & Scott, Easton, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party pay own costs.